# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

| | |
|---|---|
| GARY GREEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-00252-AJT-JFA |
| | ) |
| AETNA LIFE INSURANCE COMPANY and EXXONMOBIL RETIREE MEDICAL PLAN, | ) ) ) |
| | ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Gary Green and Defendants Aetna Life Insurance Company and ExxonMobil Retiree Medical Plan, by and through their respective undersigned counsel, stipulate and agree that this matter be dismissed with prejudice. The parties further agree that each party will bear their own costs.

IT IS SO ORDERED.

June 1, 2022

Respectfully Submitted:

/s/ Mikhael D. Charnoff
Mikhael D. Charnoff (Bar No. 43929)
**PERRY CHARNOFF PLLC**
1010 N. Glebe Road, Suite 310
Arlington, VA 22201
mike@perrycharnoff.com
Telephone: (703) 291-6650
Fax: (703) 563-6692

*/s/ Timothy J. Rozelle*
Timothy J. Rozelle
(CA Bar No. 298332 – *pro hac*)
KANTOR AND KANTOR LLP
19839 Nordhoff Street
Northridge, CA 91324
Telephone: 818-886-2525
Fax: 818-350-6272
trozelle@kantorlaw.net

*Attorneys for Plaintiff Gary Green*


*/s/ Sarah M. Adams* (signed w/ permission)
Sarah M. Adams (Bar No. 66101)
**GROOM LAW GROUP, CHARTERED**
1701 Pennsylvania Ave., N.W.
Washington, D.C. 20006
sadams@groom.com
Telephone: (202) 857-0620
Fax: (202) 659-4503

*Attorneys for Defendants Aetna Life*
*Insurance Company and ExxonMobil Retiree*
*Medical Plan*